# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTINEZ, ERICH JOSEPH | § | Case No. 10-26185 ABC |
| MARTINEZ, LAYLA SHANTELL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DAVID E. LEWIS, Chapter 7 Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-26185  ABC  Judge: A. BRUCE CAMPBELL | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | MARTINEZ, ERICH JOSEPH | Date Filed (f) or Converted (c): | 06/29/10 (f) |
|  | MARTINEZ, LAYLA SHANTELL | 341(a) Meeting Date: | 08/02/10 |
| For Period Ending: | 07/27/12 | Claims Bar Date: | 11/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence of debtor and spouse at 16382 East 107th | 220,200.00 | 0.00 | DA | 0.00 | FA |
| 2. Wells Fargo checking account no. 9238 | 25.00 | 0.00 | DA | 0.00 | FA |
| 3. Wells Fargo savings account no. 1849 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings consisting of 3 so | 2,135.00 | 0.00 | DA | 0.00 | FA |
| 5. Painting | 5.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 10. 5 bicycles | 125.00 | 0.00 | DA | 0.00 | FA |
| 11. 195,000 shares Website Pipeline stock | 0.00 | 0.00 | DA | 0.00 | FA |
| This is stock in ebiz4idiots  after doing google search I could not find actual company website, pleny of third party sites directing to a north carolina address, but obviously company is not viable. | | | | | |
| 12. 1999 Ford Escort | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13. 2003 Dodge Caravan | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 14. Provisions and fuel | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 15. Unpaid wages | 2,575.64 | 643.91 | | 643.91 | FA |
| 16. foreclosed real estaet (u) | Unknown | 0.00 | DA | 0.00 | FA |
| Contacted by realtor 6/28/11 seeking a listing agreement on this property.  SOFA indicates it was foreclosed in 2009.  If title remains in debtor's name, and lender will do short sale, there may be a way to capture equity for the estate. | | | | | |
| But, since initial contact realtor has not re-contacted about the property. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |

Gross Value of Remaining Assets

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| Case No: | 10-26185 ABC Judge: A. BRUCE CAMPBELL | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | MARTINEZ, ERICH JOSEPH | Date Filed (f) or Converted (c): | 06/29/10 (f) |
|  | MARTINEZ, LAYLA SHANTELL | 341(a) Meeting Date: | 08/02/10 |
|  |  | Claims Bar Date: | 11/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $232,265.64 | $643.91 | | $644.18 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor got stock in non-public company in settlement of wage dispute. May attempt sale back to company.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-26185 -ABC | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | MARTINEZ, ERICH JOSEPH | Bank Name: | BANK OF AMERICA, N.A. |
|  | MARTINEZ, LAYLA SHANTELL | Account Number / CD #: | *******0335  Money Market Account (Interest Earn |
| Taxpayer ID No: | 35-6862209 |  |  |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 85,732,120.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/10/10 | 15 | ERICH JOSEPH MARTINEZ<br>16382 EAST 107TH AVENUE<br>COMMERCE CITY, CO  80022 | Payment from debtor | 1129-000 | 643.91 |  | 643.91 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 |  | 643.92 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 |  | 643.94 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 |  | 643.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 |  | 643.98 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 |  | 644.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 |  | 644.02 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.03 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.04 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.05 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.06 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.07 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.08 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.09 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 644.10 |
| 10/31/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.82 | 643.28 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 643.29 |
| 11/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.79 | 642.50 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 642.51 |
| 12/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.79 | 641.72 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 641.73 |
| 01/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.84 | 640.89 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 640.90 |
| 02/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.76 | 640.14 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 |  | 640.15 |
| 03/30/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.79 | 639.36 |

Page Subtotals        644.15        4.79

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 16.06d

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-26185 -ABC | | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | MARTINEZ, ERICH JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | MARTINEZ, LAYLA SHANTELL | | Account Number / CD #: | *******0335  Money Market Account (Interest Earn |
| Taxpayer ID No: | 35-6862209 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 85,732,120.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 639.37 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.81 | 638.56 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 638.57 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.81 | 637.76 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 637.77 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.76 | 637.01 |

|  |  | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 644.18 | 7.17 | 637.01 |
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 644.18 | 7.17 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 644.18 | 7.17 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account (Interest Earn - ********0335 | 644.18 | 7.17 | 637.01 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 644.18 | 7.17 | 637.01 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.03        2.38

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 27, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 10-26185<br>Debtor Name: MARTINEZ, ERICH JOSEPH | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $8,622.84 | $8,622.84 |
| 000002<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $1,193.97 | $1,193.97 |
| 000003<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | $0.00 | $17,413.82 | $17,413.82 |
| 000004<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | $0.00 | $2,485.04 | $2,485.04 |
| 000005<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | $0.00 | $956.44 | $956.44 |
| 000006<br>070<br>7100-00 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $1,890.21 | $1,890.21 |
| 000007<br>070<br>7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $25,136.68 | $25,136.68 |
| | Case Totals: | | | $0.00 | $57,699.00 | $57,699.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-26185 ABC
Case Name: MARTINEZ, ERICH JOSEPH
        MARTINEZ, LAYLA SHANTELL
Trustee Name: DAVID E. LEWIS, Chapter 7 Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID E. LEWIS, Chapter 7 Trustee | $ | $ | $ |
| Trustee Expenses: DAVID E. LEWIS, Chapter 7 Trustee | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | TARGET NATIONAL BANK | $ | $ | $ |
| 000003 | Chase Bank USA NA | $ | $ | $ |
| 000004 | Chase Bank USA NA | $ | $ | $ |
| 000005 | Chase Bank USA NA | $ | $ | $ |
| 000006 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000007 | Fia Card Services, NA/Bank of America | $ | $ | $ |

    Total to be paid to timely general unsecured creditors   $_____

    Remaining Balance   $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE